IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02660-MEH

MICHAEL MAST,

     Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

     Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**

     The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act [filed October 9, 2015; docket #26] is **GRANTED** and the Plaintiff is AWARDED a total of $4,600.00 in attorney's fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(A). The check shall be made payable to the Plaintiff and delivered to Plaintiff's counsel's office. *See* 28 U.S.C. § 2412(d)(1)(A); *see also Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

     Dated at Denver, Colorado this 13th day of October, 2015.

                    BY THE COURT:

                    Michael E. Hegarty
                    United States Magistrate Judge